FILED
CLERK, U.S. DISTRICT COURT

NOV 30 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ALEXANDRIA HOUSING PARTNERS,   )
                     Plaintiffs,   )
               vs.   )
ALEN DAVIDIAN, et al.,   )
                     Defendants.   )

CASE NO.  CV 12-8483 UA (DUTYx)

ORDER SUMMARILY REMANDING

IMPROPERLY-REMOVED ACTION

The Court will remand this unlawful detainer action to state court summarily because Defendant removed it improperly.

On October 3, 2012, Defendant, having been sued in what appears to be a routine unlawful detainer action in California state court, lodged a Notice Of Removal of that action to this Court and also presented an application to proceed in forma pauperis.  The Court has denied the latter application under separate cover because the action was not properly removed.  To prevent the action from remaining in jurisdictional limbo, the Court issues this Order to remand the action to state court.

Simply stated, Plaintiff could not have brought this action in federal court in the first place, in that the complaint does not competently allege facts supplying either diversity or federal-question jurisdiction, and therefore removal is improper. 28 U.S.C. § 1441(a);

1    see Exxon Mobil Corp v. Allapattah Svcs., Inc., 545 U.S. 546, 563, 125 S.Ct. 2611, 162

2    L.Ed.2d 502 (2005).  Defendant's notice of removal only asserts that removal is proper

3    based upon federal question jurisdiction.  (Notice at 2-5).  However, the underlying

4    unlawful detainer action does not raise any federal legal question.

5

6         Accordingly, IT IS ORDERED that (1) this matter be REMANDED to the Superior

7    Court of California, County Of Los Angeles, 111 North Hill Street, Los Angeles, CA,

8    90012, for lack of subject matter jurisdiction pursuant to 28 U.S.C. § 1447(c); (2) that the

9    Clerk send a certified copy of this Order to the state court; and (3) that the Clerk serve

10   copies of this Order on the parties.

11

12        IT IS SO ORDERED.

13   DATED: 11/27/12

14

15                                        GEORGE H. KING
                                          CHIEF UNITED STATES DISTRICT JUDGE
16

17

18

19

20

21

22

23

24

25

26

27

28